1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister, Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
4  Mail: PO Box 262490
   San Diego, CA 92196-2490
5  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
6  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
7  Attorneys for Plaintiff

8  MICHAEL D. WELCH (SBN: 111022)
   mdwelch@mail.com
9  MICHAEL WELCH + ASSOCIATES
   770 L Street, Suite 950
10 Sacramento, CA 95814
   Telephone: (916) 449-3930
11 Facsimile: (916) 449-3930
   Attorney for Defendant
12 Arthur F. Kunkel

13



IT IS SO ORDERED

Judge Kandis Westmore

14              UNITED STATES DISTRICT COURT
15             NORTHERN DISTRICT OF CALIFORNIA

16 PAMELA KOUSSA,                      Case: 4:16-CV-06968-KAW

17       Plaintiff,
                                       **JOINT STIPULATION FOR**
18 v.                                  **DISMISSAL PURSUANT TO**
                                       **F.R.CIV.P. 41 (a)(1)(A)(ii)**
19
   ARTHUR F. KUNKEL, in his
20 individual and representative
   capacity as trustee; and Does 1-10,
21
         Defendants.
22

23

24

25

26

27

28

                              1

## STIPULATION

2

3    Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4    between the parties hereto that this action may be dismissed with prejudice

5    as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6    This stipulation is made as the matter has been resolved to the satisfaction of

7    all parties.

8

9    Dated:  February 6, 2018          CENTER FOR DISABILITY ACCESS

10

11                                      By: ___/s/ Phyl Grace_____
                                              Phyl Grace
12                                            Attorneys for Plaintiff

13

14   Dated:  February 6, 2018          MICHAEL WELCH + ASSOCIATES

15

16                                      By: ___/s/ Michael D. Welch____
                                              Michael D. Welch
17                                            Attorney for Defendant
                                              Arthur F. Kunkel
18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal              Case: 4:16-CV-06968-KAW

1

**<u>SIGNATURE CERTIFICATION</u>**

2

3  I hereby certify that the content of this document is acceptable to Michael D.

4  Welch, counsel for Arthur F. Kunkel, and that I have obtained Mr. Welch's

5  authorization to affix his electronic signature to this document.

6

7  Dated: February 6, 2018          CENTER FOR DISABILITY ACCESS

8

9                                By: ___/s/ Phyl Grace_____

10                                     Phyl Grace
                                       Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                    Case: 4:16-CV-06968-KAW